Martin J. Kaufman (SB # 155672)
Kaufman Law, APC
2300 Westwood Blvd., 2nd Floor
Los Angeles, California 90064
P: 213-239-9400  F: 213-239-9409
mjk@lawkaufman.com

Daniel M. O'Leary (SB # 175128)
Law Office of Daniel M. O'Leary
2300 Westwood Blvd., Suite 105
Los Angeles, California 90064
P: 310-481-2020  F: 310-481-0049
dan@danolearylaw.com

Lawyers for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SDP TRUCKING, INC.<br><br>　　　　Defendants. | Case No. 1:19-CV-00211-DAD-JLT<br><br>**STIPULATION EXTENDING NON-EXPERT DISCOVERY CUTOFF;** ~~**PROPOSED**~~ **ORDER THEREON**<br><br>**(Doc. 15)** |

TO THE HONORABLE COURT:

The parties, by and through their undersigned counsel, stipulate as follows:

The Court's Scheduling Order sets the cutoff for non-expert discovery for March 13, 2020. But the parties have been unable to take the depositions of the drivers of the two commercial trucks involved in the underlying collision. Defendant Wilshire Insurance Company intervened in this action on behalf of its now-defunct insured, SDP

Trucking, Inc., on October 23, 2019. Since that time, the parties have attempted to depose Nairan Singh, the driver of the SDP truck in the collision. Mr. Singh lives in Bakersfield, but has not cooperated with SDP's insurer. His deposition has been set three times, although he has indicated that he will sit for a deposition as long as it can be set around his work schedule. He still works as a long-haul truck driver.

Andres Jones, the driver of the truck in which plaintiff was a sleeping passenger at the time of the collision, lives in Connecticut. The parties initially determined that his deposition would follow Mr. Singh's. This would allow the parties to depose plaintiff, who lives in Pennsylvania and plaintiff's treating doctors, on the same trip as the one for Mr. Jones's deposition.

That initial plan has been changed and the parties are now planning to take the East Coast depositions in late March and early April, assuming the Court allows for an extension of the non-expert discovery cutoff.

As a result, the parties request an extension of the non-expert discovery cutoff from March 13, 2020 to June 30, 2020. They do not request the extension of any other dates.

IT IS SO STIPULATED.

Dated: March 10, 2020                     Kaufman Law, APC


                                By:    /s/ Martin Kaufman (authorized 03/10/2020)
                                       Martin Kaufman
                                       Lawyers for Plaintiff

{continued next page]




Dated: March 10, 2020                     Law Office of Daniel M. O'Leary

4811-7934-4311.1

2 -- STIPULATION TO EXTEND NON-EXPERT DISCOVERY; PROPOSED ORDER

By:   /s/Daniel O'Leary (authorized 03/10/2020)
      Daniel O'Leary
      Lawyers for Plaintiff

Dated: March 11, 2020           Lewis Brisbois Bisgaard & Smith, LLP

By:   /s/ Joseph Owens (authorized 03/11/2020)
      Joseph Owens
      Lawyers for Defendant/Intervenor
      Wilshire Insurance Company

## ORDER

Having considered the parties' stipulated request and good cause appearing, the request to extend the non-expert discovery cutoff is GRANTED. The non-expert discovery cutoff is now June 30, 2020.

IT IS SO ORDERED.

Dated: __March 12, 2020__        _____/s/ Jennifer L. Thurston_
                                                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee of the Law Office of Daniel M. O'Leary and is a person of such age and discretion to be competent to serve papers:

That on March 11, 2020, she served a copy of **STIPULATION EXTENDING NON-EXPERT DISCOVERY CUTOFF; PROPOSED ORDER THEREON** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Los Angeles, California.

Dana Alden Fox, Esq.
Joseph C. Owens, Esq.
**Lewis Brisbois Bisgaard & Smith, LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
**email: joseph.owens@lewisbrisbois.com**

Carol Delgado