UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SMITH, | Case No. 1:19-CV-00211-DAD-JLT |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE** |
| vs. | |
| SDP TRUCKING, INC. | **(Doc. 15)** |
| Defendants. | |

The parties have stipulated to continue the settlement conference because they are scheduled to engage in private mediation. (Doc. 22) Thus, good cause appearing, the settlement conference is CONTINUED to May 26, 2021 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **April 12, 2021**              **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE