1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   BRANDON SMITH,                          Case No. 1:19-CV-00211-DAD-JLT
12              Plaintiff,                    **ORDER AFTER NOTICE OF**
                                              **SETTLEMENT**
13        vs.
                                              **(Doc. 24)**
14   SDP TRUCKING, INC.
15              Defendants.
16
17        The parties report that they have settled the matter and indicate they will seek dismissal
18   of the action soon. (Doc. 24) Thus, the Court **ORDERS**:
19        1.      The stipulation to dismiss the action **SHALL** be filed **<u>no later than June 11</u>**
20   **<u>2021</u>**;
21        2.      All pending dates, motions, conferences and hearings are **VACATED**.
22   **<u>The parties are advised that failure to comply with this order may result in the Court</u>**
23   **<u>imposing sanctions, including the dismissal of the action.</u>**
24
25   IT IS SO ORDERED.
26   Dated:   **May 4, 2021**              **/s/ Jennifer L. Thurston**
27                                         CHIEF UNITED STATES MAGISTRATE JUDGE
28